## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   ERIC E KUJAWA                             §             Case No.: 12-11243
         ATHENA L KUJAWA                           §
                                                   §
         Debtor(s)                                 §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/21/2012.

6) Number of months from filing to the last payment: 2

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 194,371.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,862.00 |
| Less amount refunded to debtor | $ 2,862.00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 6,343.00 | 6,586.10 | 6,586.10 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 3,151.00 | 1,764.84 | 1,764.84 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | 160,000.00 | 217,161.81 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 56,805.00 | NA | NA | .00 | .00 |
| WELLS FARGO | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST AMERICAN BANK | SECURED | 53,820.00 | 55,864.17 | .00 | .00 | .00 |
| FIRST AMERICAN BANK | SECURED | NA | .00 | 8,500.00 | .00 | .00 |
| FIRST AMERICAN BANK | UNSECURED | 53,820.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 4,025.00 | 5,790.05 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 1,878.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 3,850.00 | .00 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 2,808.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 685.00 | 6,334.99 | 6,334.99 | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 207.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,052.00 | 2,104.65 | 2,104.65 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| ARCHER FAMILY MEDICA | UNSECURED | 116.00 | NA | NA | .00 | .00 |
| ARCHER FAMILY MEDICA | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| ARCHER FAMILY MEDICA | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY II LLC | UNSECURED | 303.00 | 1,266.11 | 1,266.11 | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 454.00 | NA | NA | .00 | .00 |
| BANFIELD THE PET HOS | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| BONNIE KUJAWA | UNSECURED | 13,000.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| CARE STATION PHYSICI | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 2,132.00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 12,602.00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1,036.00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 2,791.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 304.00 | NA | NA | .00 | .00 |
| CHILDRENS SURGICAL F | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| CHILDRENS SURGICAL F | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 459.39 | NA | NA | .00 | .00 |
| CONSULTANTS IN CLINI | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| DISCOVER CARD | OTHER | .00 | NA | NA | .00 | .00 |
| DR LEONARD MAIDA | UNSECURED | 176.00 | NA | NA | .00 | .00 |
| EVERGREEN ANESTHESIA | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| FMC OMAHA SERVICE | UNSECURED | 7,512.00 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 1,135.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,193.00 | 1,192.60 | 1,192.60 | .00 | .00 |
| HSBC NEVADA NA | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC NEVADA | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | OTHER | .00 | NA | NA | .00 | .00 |
| HOME SHOPPING NETWOR | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| HSN | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO AFFLIATED | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| LITTLE COMP OF MARY | UNSECURED | 2,395.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | OTHER | .00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 342.00 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 127.00 | NA | NA | .00 | .00 |
| MCNEAL HEALTH NETWOR | OTHER | .00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 114.00 | 228.74 | 228.74 | .00 | .00 |
| MACNEAL HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | OTHER | .00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 120.00 | 119.94 | 119.94 | .00 | .00 |
| ACF MEDICAL SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 116.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| QUANTUM3 GROUP LLC | UNSECURED | 96.00 | 96.24 | 96.24 | .00 | .00 |
| MCNEAL PHY GRP | UNSECURED | 39.37 | NA | NA | .00 | .00 |
| NEW YORK & CO | UNSECURED | 973.00 | NA | NA | .00 | .00 |
| NEW YORK & CO | OTHER | .00 | NA | NA | .00 | .00 |
| NEW YORK & COMPANY | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS EMERGENCY MEDI | UNSECURED | 8.00 | NA | NA | .00 | .00 |
| PALOS HOSPITAL | UNSECURED | 331.00 | NA | NA | .00 | .00 |
| PEDIATRIC FACULTY FO | UNSECURED | 163.00 | NA | NA | .00 | .00 |
| PEDIATRIC HEALTH PAR | UNSECURED | 1,656.00 | NA | NA | .00 | .00 |
| PROVIDENT BANK | UNSECURED | 2,921.00 | NA | NA | .00 | .00 |
| PROVIDENT BANK | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 7.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| RIVERWALK HOLDINGS | UNSECURED | 2,047.00 | NA | NA | .00 | .00 |
| RIVERWALK HOLDINGS | OTHER | .00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| TAKE CARE HEALTH IL | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 282.00 | NA | NA | .00 | .00 |
| EYE SPECIALISTS CENT | UNSECURED | 14.00 | NA | NA | .00 | .00 |
| US CAREER INSTITUTE | UNSECURED | 737.00 | NA | NA | .00 | .00 |
| US CAREER INSTITUTE | OTHER | .00 | NA | NA | .00 | .00 |
| VAN GOGH SCHOOL PHOT | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| VANGUARD HEALTH MANA | UNSECURED | 127.00 | NA | NA | .00 | .00 |
| WFNNB/VALUE CITY FUR | UNSECURED | 1,143.00 | NA | NA | .00 | .00 |
| WFNNB | UNSECURED | 926.00 | NA | NA | .00 | .00 |
| CATHY ROSE | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 35.68 | 35.68 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | NA | 2,767.48 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NA | .00 | 2,767.48 | .00 | .00 |
| WELLS FARGO BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 8,500.00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,500.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,334.99 | .00 | .00 |
| **TOTAL PRIORITY:** | 6,334.99 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,162.38 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/18/2012              /s/ Tom  Vaughn
                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**